**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 125 MAL 2014
                                              :

                Respondent     :

                                         : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court

                v.                            :
                                              :
                                            :

CLARENCE A. BENDER,          :
                                              :
                Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.